**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 14-cv-02951-LTB

OWNERS INSURANCE COMPANY,

    Plaintiff,

v.

DONNA WOLFE and
EVAN WOLFE,

    Defendants.
_____

**ORDER**
_____

THIS MATTER having come before the Court on the Plaintiff's Notice of Dismissal Without Prejudice (Doc 14 - filed March 1, 2016), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITHOUT PREJUDICE,** each party to pay their own fees and costs.

                        BY THE COURT:

                          s/Lewis T. Babcock
                        LEWIS T. BABCOCK, Judge

DATED:  March 2, 2016